IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DEBORAH A. ALEXANDER**,           6:15-cv-01960-SB

       Plaintiff,               **ORDER**

v.

**CAROLYN W. COLVIN,**
**Commissioner, Social Security**
**Administration,**

       Defendant.

**BROWN, Judge.**

     Magistrate Judge Stacie Beckerman issued Findings and Recommendation (#20) on January 5, 2017, in which she recommends this Court reverse the Commissioner's decision denying Plaintiff's application for supplemental security income benefits and disability insurance benefits, and grant in part and deny in part the Commissioner's Motion in her Response Brief (#18) to remand this matter for further administrative proceedings. The Magistrate Judge recommends the matter be remanded for an immediate award of benefits. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (#20). Accordingly, the Court **DENIES** the Commissioner's Motion (#18) to Remand this matter for further administrative proceedings, **GRANTS** the Commissioner's Motion to Remand as modified, and **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for an immediate award of benefits.

IT IS SO ORDERED.

DATED this 2nn day of February, 2017.

_____
ANNA J. BROWN
United States District Judge

2 - ORDER